# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-17-00768-CV

## In re Chase Carmen Hunter

### ORIGINAL PROCEEDING FROM TRAVIS COUNTY

## M E M O R A N D U M   O P I N I O N

Relator Chase Carmen Hunter has filed a combined petition for writ of injunction, petition for writ of mandamus, and petition for writ of prohibition, complaining of several of the Travis County district judges and of the Travis County District Clerk's Office. *See* Tex. R. App. P. 52. Having reviewed the record and Ms. Hunter's arguments, we deny her petitions for extraordinary relief. *See id.* R. 52.8(a).

_____

David Puryear, Justice

Before Justices Puryear, Field, and Bourland

Filed: December 8, 2017